**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOLOMON BEN- TOV COHEN

    A# 77 309 675
    GEO-ICE Detention Center
    3130 Oakland St
    Aurora, CO 80010- 1525

        Plaintiff

v

Case: 1:11-cv-00428
Assigned To : Unassigned
Assign. Date : 2/24/2011
Description: Pro Se Gen. Civil

CIVI

MICHAEL B MUKASEY, former Attorney General of the United States

    US Department of Justice
    950 Pennsylvania Ave NW
    Washington
    DC 200530

        and

TONY WEST, Assistant Attorney General of the United States

    US Department of Justice
    950 Pennsylvania Ave NW
    Washington
    DC 200530

        Defendants

---

## COMPLAINT AND JURY DEMAND

---

**RECEIVED**
Mail Room

JAN 1 2 2011

Angela D. Caesar, Clerk of Court
US District Court. District of Columbia

# INTRODUCTION

Michael B Mukasey then Attorney General of the United States returned a false Answer in *Habeas Corpus* <u>Cohen v Mukasey</u>, false as to material fact and material law. Mr Cohen remained in custody even though he had paid his bond.

US District Court wrongly decided that it lacked jurisdiction.

In order to "moot" an appeal filed in the Tenth Circuit Court of Appeals, Mr Tony West, procured a false criminal indictment by Grand Jury through false testimony thereby adding to Mr Cohen's suffering by transferring him to Custody of the Attorney General and US Marshal service and placing him among general prison population.

After the Tenth Circuit Court of Appeals remanded the *habeas* back to US District Court with instructions to Dismiss as moot, the criminal charges were withdrawn and Mr Cohen returned to original custody where he remains.

This action is for compensatory and punitive damages.

## I.  PARTIES

A.  Plaintiff: Solomon Ben- Tov COHEN pro- se, A# 77 309 675 is a citizen of the United Kingdom, resident, domiciled in and tax- payer of the US since 1990 and a resident of Washington District of Columbia since 2006. Mr Cohen is currently detained  by USICE at:  GEO-ICE Detention Center, 3130 Oakland St, Aurora, State of Colorado,  80010- 1525. Tel (303) 361- 6612.

B. Defendant Michael B Mukasey was at all material times Attorney General of the United States, US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 200530 and acted within the scope of federal employment at the time of the incident. Mr Mukasey is sued in an individual capacity.

C. Defendant Tony West is Assistant Attorney General of the United States, US Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 200530, and acted within the scope of federal employment at the time of the incident. Mr West sued in an individual capacity.

## II.  JURISDICTION

This action arises under *Bivens v Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388, (1971) and the Constitution of the United States.

Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 28 U.S.C. § 1343.

**Personal Jurisdiction**

The Court has personal jurisdiction over the defendants because the alleged incidents occurred or were planned at the US Department of Justice, Washington District of Columbia where the defendants worked or are currently working.

### III. VENUE

Venue is proper in the District of Columbia under 28 U.S.C. 1391(b) (2) because the alleged incidents occurred or were planned at the US Department of Justice, NW Washington District of Columbia and generally in Washington DC within the jurisdiction of this Court.

### IV. PRISON LITIGATION REFORM ACT

Mr Cohen as an ICE detainee, is not a "prisoner" within the scope of the Prisoner Litigation Reform Act (PLRA). *See LaFontant v. INS,* 328 U.S. App. D.C. 359, <u>135 F.3d 158</u>, <u>165</u> (D.C. Cir. 1998); *Ojo v. INS,* 106 F.3d 680, 683 (5th Cir. 1997).

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

All grievance procedures and administrative remedies have been exhausted.

## V.   PREVIOUS LAWSUITS ( past and present based on similar facts)

1. Plaintiff:      Solomon B Cohen

   Respondent:   Michael B Mukasey

2. Court:       US District Court for the District of Colorado

3. Docket No:    1:08-cv-01844-LTB-CBS

4. Name of Judge: Hon Lewis T Babcock

5. Disposition: Dismissed

   – Reversed and Remanded on Appeal No 09- 1277 (10th Cir. 2010)

6. Date of filing: 08/28/2008

7. Date of dispositions: June 2009, April 13 2010; Aug 2010

---

1. Plaintiff:      Solomon B Cohen

   Defendants:   John P Longshore, Filed Office Director DHS/ICE

               Unknown mail clerk, El Paso County Sheriff's Office

2. Court:       US District Court for the District of Colorado

3. Docket No:    1:09-cv-01169-BnB

4. Name of Judge: Hon Zita L Weisnhienk/ Hon Lewis T Babcock

5. Disposition:   Dismissed –

               Reversed and Remanded on Appeal No 09- 1563 (10th Cir. 2010)

6. Date of filing: 06/2008

7. Date of disposition: Dec 2009(original)- pending

## VI. STATEMENT OF THE CLAIM

**Background**

1. Plaintiff Solomon Ben- Tov COHEN pro-se was born in London, UK and moved to the United States in 1990. Cohen graduated from Cambridge University with a Master's degree (Honours) in math and worked in the financial markets.

2. In 1999, over a letter they received from the New York City Loft Board, Cohen's landlords forced him out of his live/m work loft in Manhattan by making threats.

**Arrest in Washington DC**

3. On 11/25/2003, for this reason the United States Capitol Police falsely arrested Cohen and immediately handed him over to US Immigration & Customs Enforcement (USICE).

**Immigration Bond**

4. On 03/30/2004 USICE released Cohen on a bond of $3,000.


## MICHAEL B MUKASEY

**False Answer in Habeas Corpus**

5. On or about the 23rd of September 2008, defendant Michael B Mukasey was served by U.S. Marshals at the US Department of Justice in Washington D.C. within jurisdiction of this court with *Habeas Corpus* Order to Show Cause why Writ should not be issued- see

*Cohen v Mukasey*, 1:-08-cv-01844-LTB-CBS (D.Colo. June 22 2009, April 13 2010, Aug 2010).

6. Mr. Mukasey decided to return a false answer to the U.S. Magistrate Judge filed 11/04/2008 knowingly and with intent that:-

- Cohen not be released despite having bond paid & open; and that

- Cohen's asylum case should not be transferred <u>back</u> to Immigration Court, Arlington VA where it most likely would succeed[1] or transferred to non- detained Immigration Court, Downtown Denver Colorado.

7. As a result Cohen remained detained despite having a paid and valid bond.

8. On 11/06/08 – two days later – appearing for the first time with immigration lawyers Brett Davies and Jonathan Hyman before Immigration Judge in detained- case only Aurora Immigration Court, Immigration Judge could not grant them a continuance, even though Bret Davies told the IJ they had found shocking evidence vindicating Cohen's asylum claims and that they needed time to prepare the asylum case, file this evidence and call witnesses.

9. As a direct consequence of Mukasey's UNPRECEDENTED FRAUD, no evidence , in lawyers hands was considered leading to unfair and potentially dangerous denial of asylum to Jew from Britain, who decided to leave U.K. in 1989 and move to NYC because of anti- semitic attitudes in Britain, including ridicule whilst at Cambridge

---

[1] 2009 Asylum grant rate, Arlington VA 74%; Denver CO 21% SOURCE: *FY 2009 Statistical Yearbook*, Executive Office for Immigration review, USDOJ.

University and anti- semitic jibes on the trading floor working for a major firm in the City of London.

**Hatred of Jews in Britain**

10. Britain has a long history of anti- semitism[2].

   **US State Department Country Report on UK 2006  Bureau of Democracy, Human Rights, and Labor**

   2006 report release on March 2007 concerning how Jews are treated in Britain:-

   - anti-Semitic hate incidents was the highest total since records began

   - anti-Semitism widespread in the UK

   - considerable fear and concern among Jews

   **Full Text –see Exhibit 10**

   "[D]uring the year government and NGO reports indicated that anti-Semitism had been on the rise since 2000 and *was not restricted to the margins of society.*

   The Community Security Trust's (CST) Anti-Semitic Incidents Report 2006 reported 594 anti-Semitic hate incidents throughout the country during the year. This was a 31 percent increase from the 455 incidents recorded in 2005, *and was the highest total since records began in 1984.*

   In September the All-Party Parliamentary Inquiry into Anti-Semitism released a comprehensive report on the status of anti-Semitism in the country, identified *deficiencies in the government's approach* to dealing with the problem, and offered recommendations to government. The report concluded that anti-Semitism was on the rise, with one leader of the community saying that *`there is probably a greater feeling of discomfort, greater concerns, greater fears now about anti-Semitism than there have been for many decades."*

---

[2] The Jews during his reign were cruelly despoiled, and in 1290 ordered, under penalty of death, to quit England forever *Fong Yue Ting v US,* 149 U.S. 698 (1893) (Dissent J Brewer)

11. Immigration Judge is wrong. His assertion that "it's only a few skinheads" see Exhibit 5 page 6 is based on the 2003 UK Country Report. Country conditions have greatly deteriorated since then.

*Matter of Cohen*, A# 77 309 675

12. In the Matter of Cohen, A # 77 309 675, the Board of Immigration Appeals ("BIA") ruled ALL the evidence submitted along with a Motion to Remand/ Appeal Brief, now inadmissible even though it contradicted IJ's findings of fact.

13. The BIA also ruled that it had no jurisdiction over Mukasey's false answer in *habeas* proceedings or its impact on the hearing before the IJ.

**Petition for Review**

**14.** No Alien who is pro- se is ever transferred to El Paso County Jail ICE contract facility There was no printer or typewriter in the law library there and 8 U.S.C. § 1252 states that Alien's brief should be printed or typewritten.

15. Holder's counsel deliberately denied Cohen access to the Court – see Case No 09- 9514 (10th Cir. 2009)

**09- 9519** (10th Circuit)

16. Tenth Circuit Court of Appeals declined to address the issue of false answer in habeas and the Department of Justice argued that 8 U.S.C. § 1252 deprives court of appeals of jurisdiction to review denial of a continuance by an IJ.

**Mr TONY WEST, Assistant Attorney General**

**HABEAS CORPUS APPEAL, CASE NO 09-1277**

17. In Dec 2009 Cohen sent evidence of Mukasey's false answer to Christopher Dempsey who works under Tony West in Washington DC- and also sent to President Barack Obama. Ex 7.

18. On 01/05/2010 Dempsey informed Cohen during the course of a telephone call that it had been ordered, in order that Mukasey and the US Department of Justice not face adverse judgment in Tenth Circuit Court of Appeals *Habeas* Appeal, false testimony was being presented to the Grand Jury in order to indict Cohen for the sole purpose of transferring custody from USICE to the Attorney General/ US Marshal Service, in order to file a Motion to Dismiss as moot.

**USA v COHEN**

19. On 02/10/2010 judicial review of Final Order still pending in 09- 9519[3], Cohen was indicted under 8 U.S.C. § 1253 even though the statute clearly states:-

> "Any Alien against whom a final order of removal is outstanding by reasons of being a member of any of he classes described in section 237(a) who— Willfully fails or refuses to depart from the United States within a period of 90 days from the date of the final order of removal under administrative processes, **or if judicial review is had, then from the date of the final order of the court.**"

**Violation of Rule 23- Transfer of Custody**

20. On 02/16/2010 Cohen was charged with counts under 8 U.S.C. § 1253 USA v Cohen, No 10-cr-00091- REB, (D.Colo 2010) and Cohen was taken from USICE into AG/ US Marshal custody in violation of FRAP Rule 23 on the indictment.

21. On 03/01/2010 Mr Tony West filed "Respondent's Motion to Dismiss" in Tenth Circuit Court of Appeals asking the Court to dismiss Habeas appeal as moot because of transfer.

22. By ordering this prosecution Mr TonyWest contrived and conspired to moot the habeas appeal.

---

[3] Cohen v Holder Jr, was not deicded by 10th Circuit until 03/23/2010

"[T]he outcome of Cohen's criminal case and subsequent circumstances of his eturn to DHS custody are speculative at best." See Exhibit 8 page 4.

## Outcome of Habeas Appeal

23. Tenth Circuit Court of Appeals reversed and remanded back to the US District Court with instructions to dismiss as moot, which the Court did on 04/13/2010.

24. On 11/17/2010 US Attorney filed Motion to Dismiss in US District Court – granted same day "Government's Unopposed Motion to Dismiss Indictment without Prejudice" see Exhibit 9.

25. On 11/18/2010 Cohen was transferred back to USICE custody at GEO-ICE Detention Center.

## USA v COHEN, Case No 10- cr- 00091- REB (D. Colo. 2010)

26. Mr Cohen suffered 9 months among general federal criminal population just so that West could avoid losing habeas appeal.

## Removal to UK

27. Filing for a writ of habeas corpus and asking for asylum turned out to be a big mistake. Now Cohen is being returned to the UK a broken man , permanently damaged physically and emotionally and likely never to be hired by a major firm.

28. As a direct result of both defendants Mr Mukasey's and Mr West's conduct, Mr Cohen will suffer humiliation and embarrassment of being returned to the UK after 2 ½ years detention without any expectation of employment in his profession (The British Government was made aware of Mr Cohen asking for asylum because of the mandatory notification clause of Treaty between US and UK signed in 1952, codified as 8 C.F.R. § 236.1(e) which is incompatible with provisions of Visa Waiver Program 8 U.S.C. § 1187. VWP aliens may apply for asylum only). Working as a trader required authorization by UK Government.

29. Mr Cohen expects to be "blackballed" by the British Government and made to live in poverty.

## DESCRIPTION OF ATTACHED EXHIBITS

1    Copy of photo of Mr Cohen being presented to HRH Princess Diana in London 12/1991

2    Copy of Cohen's $3,000 Immigration Bond for Alien 77 309 675 Receipt No WAS-11,110 issued by Washington Field Office, DHS/ICE 03/30/2004.

3    Copy of Bond Continuation Memo stating that $3,000 bond no WAS- 11,110 for Alien # 77 309 675 has been continued and is to remain 'open and with full force' dated 07/08/2008.

4    Copy of Mukasey's " Reply in Support of Motion to Dismiss for lack of Jurisdiction and for Failure to State a Claim" filed in habeas Cohen v Mukasey US District Court on 01/22/09.

5    Copy of Respondent's Supplemental Appendix filed          in Habeas Appeal by Tony West 03/01/2010.

6    Copy of ICE Notice- Immigration Bond Cancellation Alien # 77 309 675 Bond No WAS- 11,110 form I- 391 and Cohen's $3,000 Immigration Bond stamped "cancelled" both dated 06/19/2009.

7    Copy of certified mail receipt from president Obama dated 12/14/2009.

8    Copy of "Respondent's Motion to Dismiss" filed in Tenth Circuit Court of Appeals Mr Tony West dated 03/01/2010.

9    Copy of "Government's Unopposed Motion to Dismiss Indictment without Prejudice" in USA v COHEN, Case No 10- cr- 00091- REB filed by US Attorney's Office in Denver, Colorado along with a copy of the Order of Dismissal filed 11/17/2010.

10   Copy of US State Department Country Report UK 2006

## VII. CONSTITUTION VIOLATIONS BY THE DEFENDANTS

Michael B Mukasey and Tony West are sued in an individual capacity over their actions in Washington District of Columbia whilst acting in a ministerial capacity and under color of federal law:

### FIRST CLAIM FOR RELIEF

### (Substantive Due Process Violation - US Const Amend V)

The foregoing allegations are incorporated by reference.

30. Mr Mukasey through his actions in Washington DC violated Cohen's right to be free after paying his bond and depriving him of his liberty. As a direct and proximate result of this false imprisonment of at least one year Mr Cohen suffered injuries and damages including:

    i.    Loss of physical liberty;

    ii.   Emotional pain suffering and trauma humiliation and embarrassment.

## SECOND CLAIM FOR RELIEF

### (Procedural Due Process Violation - US Const Amend V)

The foregoing allegations are incorporated by reference.

31. Mr Mukasey violated Mr Cohen's right of Due Process by lying to the US District Court about Mr Cohen's bond denying Mr Cohen due process in habeas proceedings.

## THIRD CLAIM FOR RELIEF

### (Cruel and unusual punishment - US Const Amend V)

The foregoing allegations are incorporated by reference.

32. Mr Cohen had every reasonable expectation of being granted Writ of Habeas Corpus for over a year. Through Mr Mukasey's violations of US Constitution  Mr Cohen was damaged in at least the following respects:

    i.    Loss of personal freedom;
    ii.    Pain and suffering both physical and emotional; and
    iii.    Loss of reputation in the business community.

# FOURTH CLAIM FOR RELIEF

## (Procedural Due Process Violation - US Const Amend V)

The foregoing allegations are incorporated by reference.

33. Mr Mukasey through his filings in the US District Court, denied Cohen his right to a fair asylum hearing and deprived Cohen of his right to be heard in appropriate forum, have his lawyers file evidence call witnesses resulting in unfair hearing, now irreversible denial of asylum.

# FIFTH CLAIM FOR RELIEF

## (False arrest and imprisonment in violation of US Const Amend IV & V)

The foregoing allegations are incorporated by reference.

34. Mr TonyWest ordered or sanctioned presentation of false testimony to Federal Grand Jury and Mr Cohen's false arrest for the purpose of allowing him to move to Dismiss – details of <u>USA v COHEN</u>, Case No 10- cr- 00091- REB (D. Colo. 2010) cited in his filing.

> "[T]he outcome of Cohen's criminal case and subsequent circumstances of his return to DHS custody are speculative at best." See Exhibit *P page 4*

17

35. As a direct and proximate result of Mr West's actions  Mr Cohen suffered injuries and damages including:

  i. Loss of physical liberty- 9 months among general federal criminal population;

  ii. Emotional pain suffering and trauma humiliation and embarrassment.

just so that West could avoid losing habeas appeal and cover up *habeas* fraud.

On 11/17/2010 US Attorney filed Motion to Dismiss in US District Court – granted same day "Government's Unopposed Motion to Dismiss Indictment without Prejudice" see Exhibit 9 .

36. On 11/18/2010 Cohen was transferred back to USICE custody at GEO-ICE Detention Center.

## VIII.   RELIEF

Plaintiff Solomon B Cohen prays the Court grant the following relief:

1. Against defendant Michael B Mukasey, sued as an individual, $2 Million in compensatory damages as well as $4 Million in punitive damages;

2. Against defendant Tony West, sued as an individual, $2 Million in compensatory damages and $4 Million in punitive damages;

3. Costs of brining this action along with reasonable attorneys' fees;

4. Trial by Jury pursuant to Federal Rule of Civil Procedure 38(b); and

Any other relief as the Court deems appropriate.

Dated:   01/08/2011

Respectfully submitted,

_____

Solomon B Cohen MA (*Cantab*) pro-se
A# 77 309 675
GEO-ICE Detention Center
3130 Oakland St
Aurora, CO 80010- 1525

Tel: (303) 361- 6612

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____Eight_____ day of _____January_____, 2011

_____

Solomon B Cohen MA(*Cantab*) pro-se

Plaintiff

TIM HARRIS
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 10/26/2011

01- 08 - 2011

19

**(Exhibits only)**

I hereby certify that on   01/07/2011   , I sent a copy of the attached

Exhibit 15   via US Mail postage pre- paid to the following:-

MICHAEL B MUKASEY, former Attorney General of the United States

  US Department of Justice
  950 Pennsylvania Ave NW
  Washington
  DC 200530

  and

TONY WEST, Assistant Attorney General of the United States

  US Department of Justice
  950 Pennsylvania Ave NW
  Washington
  DC 200530

Dated:   01/08/2011          Signed: _____

# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Cohen v Mukasey et al, Case No _____

## INDEX OF EXHIBITS

| No | Document | Page |
|---|---|---|
| 1 | Copy of photo of Mr Cohen being presented to HRH Princess Diana in London 12/1991 | |
| 2 | Copy of Cohen's $3,000 Immigration Bond for Alien 77 309 675 Receipt No WAS- 11,110 issued by Washington Field Office, DHS/ICE 03/30/2004. | |
| 3 | Copy of Bond Continuation Memo stating that $3,000 bond no WAS-11,110 for Alien # 77 309 675 has been continued and is to remain 'open and with full force' dated 07/08/2008. | |
| 4 | Copy of Mukasey's " Reply in Support of Motion to Dismiss for lack of Jurisdiction and for Failure to State a Claim" filed in habeas Cohen v Mukasey US District Court on 01/22/09. | |
| 5 | Copy of Respondent's Supplemental Appendix filed in Habeas Appeal by Tony West 03/01/2010. | |
| 6 | Copy of ICE Notice- Immigration Bond Cancellation Alien # 77 309 675 Bond No WAS- 11,110 form I- 391 and Cohen's $3,000 Immigration Bond stamped "cancelled" both dated 06/19/2009. | |
| 7 | Copy of certified mail receipt from President Obama dated 12/14/04 | |
| 8 | Copy of "Respondent's Motion to Dismiss" filed in Tenth Circuit Court of Appeals Mr Tony West dated 03/01/2010. | |
| 9 | Copy of "Government's Unopposed Motion to Dismiss Indictment without Prejudice" in USA v COHEN, Case No 10- cr- 00091- REB filed by US Attorney's Office in Denver, Colorado along with a copy of the Order of Dismissal filed 11/17/2010. | |
| 10 | Copy of US State Department Country Report UK 2006 | |