# EXHIBIT 1

## Copy

## of

## photo of Mr Cohen being presented to HRH Princess Diana in London 12/1991

11 9428

**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ATTACHMENT

