# EXHIBIT 3

## Copy

## of

**Bond Continuation Memo stating that $3,000 bond no WAS- 11,110 for Alien # 77 309 675 has been continued and is to remain 'open and with full force' dated 07/08/2008.**

11 0428

**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# Bond Continuation Memo

**To:** Burlington Finance Center (BFC)

**CC:** Mary Sullivan, Lead Accounting Technician

**From:** Bond Backlog (BBAT)

**Date:** 7/8/2008

**Re:** A77309675

---

**The following bond was reviewed and the Recommendation is for the bond to remain open and in full force.**

Subject: **SOLOMON BEN-TOV COHEN**

Obligor: **EZZELARAB, NADIA**

Bond Number: **WAS-C011110**

Bond Post Date: **03/30/2004**

Reason for Recommendation:

**On 7-23-07 Service lodged a detainer on the subject who is being detained by Colorado authorities. RS 6-18-08. FILE REQUESTED PER PHONE CALL, BOND POSTED ON 3/30/04, CONTINUED 7/08/08.**

Further actions to be taken by the field:

*A077309675*WAS-C011110*

001372