# EXHIBIT 6

## Copy

## of

## ICE Notice- Immigration Bond Cancellation Alien # 77 309 675 Bond No WAS- 11,110 form I- 391 and Cohen's $3,000 Immigration Bond stamped "cancelled" both dated 06/19/2009.

11 0428

**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## NOTICE - IMMIGRATION BOND CANCELLED

O  Nadia Ezzelarab
B  4001 N. 9TH Street, Suite 222
L  Arlington, VA 22203
I
G
O
R

| | |
|---|---|
| Alien File No | A 77 309 675 |
| Cancellation Notice Date | 06/19/2009 |

**IMMIGRATION BOND**

Bond Type:  [X] Cash    [ ] U.S. Bonds    [ ] Surety

Bond Post Date  03/30/2004

Bond Receipt No.  WAS - 11,110

Amount  $3,000.00

Alien's Name  COHEN, Solomon Ben-Tov

The conditions of the above-described immigration bond appearing to have been satisfied, the bond is canceled. Any deposit of cash or U.S. bonds will be refunded to you upon receipt of proper documentation. Please comply with these instructions to complete your application. Inquiries regarding this form or your deposit should be addressed to the Department of Homeland Security Debt Management Center (DMC) at the address below.

SAVE THIS FORM. You must submit a COPY of this Form I-391 along with the ORIGINAL Form I-305, Receipt of DHS Official - U.S. Cash Accepted as Security on Immigration Bond (Delivery Confirmation recommended) to: Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000. If you have lost your original Form I-305 you will be given an opportunity to submit an Original notarized Form I-395 Affadavit in Lieu of Lost Receipt.

If you wish to designate another person to receive the deposit on your behalf, you must complete a Designation of Attorney in Fact, Form I-312, designating that person and include the completed original notarized form in your application to the DMC.

If your address has changed you must furnish notice of the change of address to Department of Homeland Security, Debt Management Center, P.O. Box 5000, Williston, VT 05495-5000.

| | |
|---|---|
| Authorized DHS Signature | John Longshore / Field Office Director |
| | Print Name/Title |

You may use a copy of this form to change your address. Complete the information below and mail the Completed form to the above address.

My address has changed. Please send all further correspondence to:

| | | |
|---|---|---|
| Street Address | City or Town, State | Zip Code |

| | |
|---|---|
| Signature of Obligor | Date |

Power No. _____  (Bonded Alien) File No. A77 309 675

Bond Receipt No. WAS-11,110

A. Name of Obligor: NADIA EZZELARAB

Street address of Obligor: 4001 NORTH 9TH STREET, SUITE 222

City, State and Zip Code: ARLINGTON, VA 22203

Telephone: (703) 248-1586

Name of Agent/Co-Obligor (if any-Surety Bonds only): _____

Address (if different from that of Obligor): _____

Telephone: _____

Address to use for notice purposes:  ☑ Obligor  ☐ Agent  ☐ Both

If this is executed by a surety company the rate of premium is: _____ and the amount of premium is: _____

The name and address of the person who executed a written instrument with the surety company requesting it to post bond is

B. Information about alien for whom bond is furnished: Name: COHEN, SOLOMON BEN-TOV

Current Location (i.e., where detained): WASHINGTON FIELD OFFICE

Date and country of birth: 12/04/1960 / UK   Nationality: UK

Date, port and means of arrival in the United States: 06/21/2002, LOS, WT

Alien to reside at: 132 EXETER STREET, BROOKLYN, NY

Telephone number at alien's residence: (718) 646-1267

C. In consideration of the facts recited in paragraph or paragraphs herein numbered ONE and captioned _____

"BOND CONDITIONED UPON THE DELIVERY OF AN ALIEN'   (and in any rider

or riders lettered NONE and captioned NONE , the above named

obligor and the agent acting on its behalf (if any), by subscribing hereto, hereby declare that they are firmly bound unto the United States in the sum of THREE THOUSAND dollars ($ 3000.00 ) unless the guarantee of the bond is that the alien shall not become a public charge, the obligor, and the agent acting on its behalf (if any), declare themselves bound in such amount or successive amounts as are prescribed in paragraph (G-2) herein as liquidated damages and not as penalty, which sum is to be paid to the United States immediately upon failure to comply with the terms set forth in any such paragraph or rider. The obligor and agent further agree that any notice to him/her in connection with this bond may be accomplished by mail, directed to him/her at the above address. The obligor acknowledges receipt of a copy of the executed bond and any attached rider or riders specified above.

D. Signed and sealed this 30TH day of MARCH / 2004 _____
(Month/Year)

_____
(Signature of Obligor)

_____
(Signature of Agent (if any))

E. Bond approved and accepted at ARLINGTON, VIRGINIA on 03/30/2004 NEIL R. ACRI
(City and State)   (Day)   (District Director)

F. Surety Company _____  Taxpayer Identification Number _____

Agent-Bonding Company _____  Taxpayer Identification Number _____

Obligors-Cash/Treasury Bond NADIA EZZELARAB  Taxpayer Identification Number 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

31 U.S.C. 7701(c)(1) requires each person doing business with a federal government agency to furnish that agency such person's taxpayer identification number. It is the intent of the INS to use such number for purposes of collecting and reporting information on any delinquent accounts arising out of such person's relationship with the Government. The obligor, surety, or agent must furnish its Taxpayer Identification Number (TIN) to INS. Failure to furnish the TIN will result in a refusal of the bond.

This copy is to be retained by the obligor.

001198