# EXHIBIT 7

## Copy

## of

## certified mail receipt from president Obama dated

11 0428

**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To
PRESIDENT BARACK OBAMA
Street, Apt. No.; or PO Box No. THE WHITE HOUSE 1600 PENNSYLVANIA AVE NW
City, State, ZIP+4 WASHINGTON, DC 20500

PS Form 3800, August 2006     See Reverse for Instructions

CERTIFIED MAIL

7006 2150 0002 3389 8727

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PRESIDENT BARACK OBAMA
THE WHITE HOUSE
1600 PENNSYLVANIA AVE NW
WASHINGTON
DC 20500

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
THE WHITE HOUSE OFFICE
WASHINGTON. D. C. 20500
☐ Agent
☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
DEC 14 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   7006 2150 0002 3389 8727

Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540