# EXHIBIT 9

## Copy

## of

**"Government's Unopposed Motion to Dismiss Indictment without Prejudice" in USA v COHEN, Case No 10- cr- 00091- REB filed by US Attorney's Office in Denver, Colorado along with a copy of the Order of Dismissal filed 11/17/2010.**

11 0428

**FILED**

FEB 2 4 2011

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00091-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    SOLOMON BEN-TOV COHEN,

      Defendant.

---

## GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

---

The United States of America, by and through John F. Walsh, United States Attorney, and John M. Canedy, Special Assistant United States Attorney, moves the Court to dismiss the Indictment in this matter without prejudice pursuant to Federal Rules of Criminal Procedure (Fed. R. Crim. P.) 48(a) in the interest of justice.

WHEREFORE, pursuant to Fed. R. Crim. P. 48(a), the government hereby moves this Court to dismiss the Indictment without prejudice.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

by: s/ John M. Canedy
JOHN M. CANEDY
Special Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: john.canedy@usdoj.gov
Attorney for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

John Tatum
tatumjjb@aol.com


s/ Veronica Ortiz
VERONICA ORTIZ
Legal Assistant
U.S. Attorney's Office
1225 17th Street, Suite 700
Denver, CO 80202
Phone: 303-454-0100
Fax: 303-454-0406
E-mail address: veronica.ortiz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 10-cr-00091-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. SOLMON BEN-TOV COHEN,

     Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

The matter before me is the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#89] filed November 16, 2010. After reviewing the motion and the file I conclude that the motion should be granted, and the indictment should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Unopposed Motion To Dismiss Indictment Without Prejudice** [#89] filed November 16, 2010, is **GRANTED**;

2. That the motion hearing set for November 17, 2010, is **VACATED**;

3. That the Trial Preparation Conference set for December 3, 2010, is **VACATED**;

4. That the jury trial set to commence December 6, 2010, is **VACATED**;

5. That any pending motion is **DENIED** as moot; and

6. That pursuant to Fed. R. Crim. P. 48(a), the Indictment [#1] filed February 10, 2010, is **DISMISSED WITHOUT PREJUDICE.**

Dated November 17, 2010, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

Subj      **Activity in Case 1:10-cr-00091-REB USA v. Cohen Motion to Dismiss**
Date      11/16/2010 4:37:08 P M  Mountain Standard Time
From:     COD_ENotice@cod uscourts gov
To        COD_NEF@cod uscourts gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## District of Colorado

# Notice of Electronic Filing

The following transaction was entered by Canedy, John on 11/16/2010 at 4:36 PM MST and filed on 11/16/2010

**Case Name:**          USA v. Cohen
**Case Number:**        1:10-cr-00091-REB
**Filer:**              USA
**Document Number:** 89

Docket Text:
# Unopposed MOTION to Dismiss *INDICTMENT WITHOUT PREJUDICE* by USA as to Solomon Ben-Tov Cohen. (Attachments: # (1) Proposed Order (PDF Only))(Canedy, John)

**1:10-cr-00091-REB-1 Notice has been electronically mailed to:**

John Michael Canedy      John.Canedy@usdoj gov, USACO.ECFCriminal@usdoj.gov, Veronica Ortiz@usdoj gov

John S. Tatum      tatumjjb@aol.com, u6279@aol com

**1:10-cr-00091-REB-1 Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/16/2010] [FileNumber=2734345-0] [6bcf35368845d6d9d9d59dc3beed6e5426a61219123de1f1c38cdbb3dbbcce1014 f90bf36ed63d66e913ae98b75e772e0b82b52f44a01241e0178a043bdf6336]]
**Document description:**Proposed Order (PDF Only)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=11/16/2010] [FileNumber=2734345-1] [0d793b4ee00bc6cef1a527874dd5ee290ef6704de2c02819d3e41dcc203a562824